IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RODNEY HARTZELL, | : | |
| Plaintiff | : | No. 3:15-CV-2441 |
| | : | |
| v. | : | (Judge Nealon) |
| | : | |
| CAROLYN W. COLVIN, Acting | : | (Magistrate Judge Carlson) |
| Commissioner of Social Security, | : | |
| Defendant | : | |

FILED
SCRANTON
JAN 0 3 2017
Per _____
DEPUTY CLERK

### ORDER

**AND NOW, THIS 3RD DAY OF JANUARY, 2017**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation, (Doc. 17), is **ADOPTED**;

2. Plaintiff's appeal of the decision of the Commissioner of the Social Security Administration, (Doc. 1), is **GRANTED**;

3. The Commissioner's decision denying Plaintiff Rodney Hartzell disability insurance benefits and supplemental security income is **VACATED**;

4. The matter is **REMANDED** to the Commissioner of the Social Security Administration for further consideration; and

5. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**